445 A.2d 214

Commonwealth v. Motton, Appellant.

Petition for Allowance of Appeal Denied July 23, 1982.

Submitted February 10, 1982. John H. Corbett, Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.